FILED

03/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0577

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0577

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

RUSSELL KORTAN,

     Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 25, 2022, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2022